**EXHIBIT B**

Case 2:14-cv-00063-KJN   Document 1-2   Filed 01/09/14   Page 2 of 6
Case 2:10-cv-00063-JAM-EFB   Document 2-2   Filed 01/08/2010   Page 11 of 17
Page 1



4 of 17 DOCUMENTS

Copyright 2007 LexisNexis, Division of Reed Elsevier Inc.
LexisNexis Jury Verdicts and Settlements Report

*2007 Mealey's CA Jury Verdicts & Settlements 1489*

**HEADLINE:** San Francisco Jury Awards Former Employee $2,340,700 In Wrongful Termination Suit

**Case Name:** Yaire Lopez v. Bimbo Bakeries USA Inc.

**Case Number:** CGC05445104

**Court:** Calif. Super., San Francisco Co.

**Judge:** Ronald E. Quidachay

**Verdict/Settlement (breakdown):** $2,340,700 plaintiff verdict ($131,700 for past economic losses, $87,000 for future economic losses, $100,000 for past noneconomic losses, $22,000 for future noneconomic losses and $2 million in punitive damages)

**Plaintiff(s):** Yaire Lopez

**Defendant(s):** Bimbo Bakeries USA Inc.

**Date:** May 21, 2007

**Claim:** Wrongful termination/discrimination, retaliation, failure to prevent discrimination, failure to accommodate

**Defense:** Liability denied. Sources told Mealey Publications that the bakery attempted to accommodate Lopez but was unable to find a position that catered to the nature of her medical restrictions, which resulted in Lopez being placed on medical leave. Sources said Lopez left Northern California in late February or early March for approximately one month without notifying the bakery of her absence, and it was during this time that the bakery was notified by the State of California that Lopez was claiming unemployment benefits. The bakery continued in its attempts to contact Lopez, sending her a "48-hour" letter to clarify her job status, but Lopez never responded. Sources said the bakery contested the unemployment benefits with the Employment Development Department with the intent to clarify its understanding that Lopez was on a medical leave of absence and should therefore be receiving disability benefits instead of unemployment benefits. Sources said the bakery did not process Lopez's termination until after a hearing with the California Unemployment Insurance Appeals Board where the bakery acknowledged that it did not have any sort of modified duty for Lopez because of her restrictions.

**Background:** Yaire Lopez worked for Bimbo Bakeries USA Inc. for five years. During her employment, she reported directly to her supervisor, John Perez. On Feb. 4, 2005, Lopez informed Perez that she was two months' pregnant and gave him a doctor's release that stated certain restrictions, such as the inability to lift more than 20 pounds and the inability to climb. Lopez claimed that the release also stated that she was to have a 15- to 20-minute break every two hours. Lopez alleged that an hour after she presented Perez with the note, he told her to go home because Bimbo Bakeries would not be able to provide her with any work under those restrictions. Lopez claimed that several days after she was told to leave work, she received a medical leave packet from Bimbo Bakeries, though she did not request leave. Lopez alleged that she contacted Human Resources Manager Laura Thompson, requesting a position at Bimbo Bakeries'

Case 2:14-cv-00063-KJN   Document 1-2   Filed 01/09/14   Page 3 of 6
Case 2:10-cv-00063-JAM-EFB   Document 2-2   Filed 01/08/2010   Page 12 of 17
Page 2

LexisNexis Jury Verdicts and Settlements Report (2007)

thrift store, but Thompson never responded to her inquiry.Lopez claimed that on April 4, 2005, Bimbo Bakeries sent her a letter stating that it was its understanding that she was on medical leave and that if she did not respond within 48 hours, her employment would be terminated. Lopez alleged that she subsequently contacted Thompson within that 48-hour period but did not receive any response. Lopez claimed that on May 23, 2005, she discovered that her position had been terminated on April 4 and received her final paycheck.Lopez filed a discrimination claim with the Department of Fair Employment and Housing, and was later issued a right-to-sue letter.Lopez sued Bimbo Bakeries, Perez, Thompson and another supervisor, Joe Torrese, in the San Francisco County Superior Court on Sept. 22, 2005, seeking damages for wrongful termination/discrimination, retaliation, failure to prevent discrimination and failure to accommodate and failed to prevent the discrimination against Lopez based on her pregnancy and related work restrictions.

**Other:** On May 22, 2007, a jury returned a verdict in favor of Lopez, concluding that she was wrongfully terminated and discriminated against because of her pregnancy and was retaliated against for her complaint to Bimbo Bakeries of its failure to accommodate her pregnancy.Sources said Bimbo Bakery also reviewed its policies and procedures to remedy any past oversights and to ensure future compliance with all applicable laws.Sources added that the bakery's attorneys are evaluating post-trial motions and appeal options.

**Plaintiff Attorneys:** Daniel L. Feder, Law Offices of Daniel Feder, San Francisco

**Defense Attorneys:** E. Joseph Connaughton and Melissa Listug Klick, Paul, Plevin, Sullivan & Connaughton, San Diego

**Key Related Documents:** Special verdict, with punitive damages, available. Document #99-070529-007V.
Special verdict available. Document #99-070529-008V.
Complaint available. Document #99-070529-006C.

Contact Mealey's at 1-800-MEALEYS and see today's headlines at www.lexis.com/legalnews. To see if there is a Mealey's conference on this topic or an online CLE session, please visit: http://www.mealeys.com/conferences.html.

**LOAD-DATE:** 6/4/2007

Case 2:14-cv-00063-KJN   Document 1-2   Filed 01/09/14   Page 4 of 6
Case 2:10-cv-00063-JAM-EFB   Document 2-2   Filed 01/08/2010   Page 13 of 17

Page 1



9 of 17 DOCUMENTS

Copyright 2000 LexisNexis, Division of Reed Elsevier Inc.
LexisNexis Jury Verdicts and Settlements Report

*2000 Mealey's CA Jury Verdicts & Settlements 158*

**HEADLINE:** California Employee Recovers More Than $2.6 Million For Wrongful Termination

**Case Name:** Sandy Baratta v. Oracle Corp.

**Case Number:** 304221

**Court:** Calif. Super., San Francisco Co.

**Judge:** John E. Munter

**Verdict/Settlement (breakdown):** $2,662,720 plaintiff verdict (economic damages of $2,471,894, noneconomic damages of $190,826)

**Plaintiff(s):** Sandy Baratta

**Defendant(s):** Oracle Corp.

**Date:** Aug. 16, 2000

**Claim:** Wrongful discharge in violation of public policy; pregnancy discrimination and sex discrimination in violation of the Fair Employment and Housing Act, California Government Code Section 12940 et seq.; breach of the covenant of good faith and fair dealing arising from an employment agreement; breach of fiduciary duty; wrongful discharge in retaliation for opposing pregnancy discrimination in violation of the FEHA

**Background:** Sandy Baratta was recruited by Oracle from a previous position at Tandem Computer. After only a short time at Oracle, she was promoted to a position as a vice president in the global alliances unit, where she was given increasing job duties and high levels of responsibility. A supervisor told Baratta that a co-employee would not be returning to work after her maternity leave. Baratta repeated this comment to the co-employee, who was surprised because she intended to return to work. Baratta was drawn into the controversy between this employee and the supervisor. She felt that she received a lower rating because of her role. Subsequently, Baratta herself became pregnant. After one executive told her that pregnancies were "disruptive," she became concerned and met with Judy Starling in human resources. Subsequently, in a reorganization, Baratta's supervisor was replaced, Baratta's duties were reduced, and she no longer supervised the technical group she had supervised in the past. Around this time, Baratta learned that Oracle employees had gained unauthorized access to a partner's computers. She reported this apparently illegal activity to her superiors and to in-house counsel. One or two hours after sending an e-mail suggesting an internal investigation, it was determined that Baratta would be fired. Baratta sued Oracle in the Superior Court of San Francisco County.

**Other:** The trial court awarded Baratta attorney fees of $354,351. Oracle unsuccessfully attacked the judgment and then appealed. The judgment was affirmed on appeal.

**Plaintiff Attorneys:** Rudy, Exelrod, Zieff & True, San Francisco

Case 2:14-cv-00063-KJN   Document 1-2   Filed 01/09/14   Page 5 of 6
Case 2:10-cv-00063-JAM-EFB   Document 2-2   Filed 01/08/2010   Page 14 of 17

Page 2

LexisNexis Jury Verdicts and Settlements Report (2000)

**Defense Attorneys:** Morrison & Foerster, San Francisco

Contact Mealey's at 1-800-MEALEYS and see today's headlines at www.lexis.com/legalnews. To see if there is a Mealey's conference on this topic or an online CLE session, please visit: http://www.mealeys.com/conferences.html.

**LOAD-DATE:** 7/19/2007

Case 2:14-cv-00063-KJN   Document 1-2   Filed 01/09/14   Page 6 of 6
Case 2:10-cv-00063-JAM-EFB   Document 2-2   Filed 01/08/2010   Page 15 of 17

Page 1



### 16 of 17 DOCUMENTS

Copyright LexisNexis, Division of Reed Elsevier Inc.
LexisNexis Jury Verdicts and Settlements Report

*Mealey's CA Jury Verdicts & Settlements 72*

**HEADLINE:** Pregnant Employee Awarded $75,817 Following Termination In California Sex Discrimination Suit

**Case Name:** Cathy Carr v. Barnabey s Hotel Corp., et al.

**Case Number:** C756757

**Court:** Calif. Super., Los Angeles Co.

**Judge:** Robert H. O Brien

**Verdict/Settlement (breakdown):** $75,817 plaintiff judgment

**Plaintiff(s):** Cathy Carr

**Defendant(s):** Barnabey s Hotel Corp., Ken Whitty, Peppercorn Ltd. No. 9

**Date:** N/A

**Claim:** Violation of Fair Employment and Housing Act, California Government Code Section 12940 et seq., wrongful termination in violation of public policy, fraud, negligent retention and supervision

**Injury:** N/A

**Background:** Cathy Carr, a former hotel employee, brought an action in the Superior Court of Los Angeles County against the Barnabey s Hotel Corp. and its food and beverage director, Ken Whitty, for sex and pregnancy discrimination based on violations of the Fair Employment and Housing Act, wrongful termination in violation of public policy, fraud and, as to Barnabey s, negligent retention and supervision of Whitty. Carr alleged that she had for many months received positive work reviews. Shortly after Whitty became her supervisor, he told other employees that pregnant women should not be working in the hotel or restaurant business and that it didn t look good to have a pregnant woman at the front desk, where Carr worked. Whitty also allegedly made derogatory comments about women being strong-willed and outspoken. Shortly after Whitty arrived at Barnabey s, Carr was fired.

**Other:** After the verdicts, the court granted Carr s motion to amend the judgment to add Peppercorn Ltd. No. 9 as a defendant. The judgment was affirmed on appeal.

Contact Mealey's at 1-800-MEALEYS and see today's headlines at www.lexis.com/legalnews. To see if there is a Mealey's conference on this topic or an online CLE session, please visit: http://www.mealeys.com/conferences.html.

**LOAD-DATE:** 10/17/2007