David P. Foos (SBN: 083430)
**FOOS | GAVIN LAW FIRM, P.C.**
3947 Lennane Drive, Suite 120
Sacramento, CA 95834
T: 916.779.3500
F: 916.779.3508
E: david@foosgavinlaw.com

Attorney for Plaintiff,
SAMBATH PROEUNG

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMBATH PROEUNG<br><br>     Plaintiff,<br><br>     v.<br><br>MAXIMUS, INC., a California Corporation, and DOES 1 through 50, inclusive,<br><br>     Defendants. | Case No.: 2:14-cv-00063-MCE-KJN<br><br>**STIPULATION TO EXTEND TIME PERIOD TO RESPOND TO MOTION FOR SUMMARY JUDGEMENT (USDCEDC LOCAL RULE 230)** |

The parties in the above captioned matter agree to stipulate to the following and declare it as set forth below:

1.   The parties, SAMBATH PROEUNG and MAXIMUS, INC., and their attorneys of record, DAVID P. FOOS and JEREMY MEIER do hereby agree to extend the time for hearing on any motion for summary judgment to fifty-six (56) days from the filing and service of the motion.

2.   In addition, the parties agree that the time to file and serve any opposition to motion for summary judgment shall be not less than fourteen (14) days preceding the hearing on the motion.

Sambath Proeung v. Maximus, Inc., et al.
STIPULATION TO EXTEND TIME
PERIOD TO RESPOND TO MOTION FOR
SUMMARY JUDGEMENT
(USDCEDC LOCAL RULE 230)

Page 1 of 2

3.   Furthermore, the parties agree that the time to file and serve any reply to the opposition to any motion for summary judgment shall be no less than seven (7) days from the date of the hearing.

The foregoing is agreed upon by the parties.

FOOS GAVIN LAW FIRM, P.C.

Dated:                           By: _____
                                 David P. Foos (SBN: 083430)
                                 Attorney for Plaintiff,
                                 SAMBATH PROEUNG

Dated:                           By: _____
                                 Jeremy A. Meier  (SBN: 139849)
                                 Attorney for Defendant,
                                 MAXIMUS, INC.

IT IS ORDERED:

.

Dated:  September 15, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE
Sambath Proeung v. Maximus, Inc., et al.
STIPULATION TO EXTEND TIME
PERIOD TO RESPOND TO MOTION FOR
SUMMARY JUDGEMENT
(USDCEDC LOCAL RULE 230)

Page 2 of 2