DAVID P. FOOS (SBN: 083430)
**FOOS | GAVIN LAW FIRM, P.C.**
3947 Lennane Drive, Suite 120
Sacramento, CA 95834
T: 916.779.3500
F: 916.779.3508
E: david@foosgavinlaw.com

Attorney for Plaintiff,
SAMBATH PROEUNG

JEREMY A. MEIER - SBN 139849
JENNIFER M. HOLLY - SBN 263705
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA  95814-3938
Telephone:  (916) 442-1111
Facsimile:  (916) 448-1709
meierj@gtlaw.com
hollyj@gtlaw.com

Attorneys for Defendant,
MAXIMUS, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| SAMBATH PROEUNG, | Case No.: 2:14-cv-00063-MCE-KJN |
|---|---|
| Plaintiff, | **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE, PURSUANT TO F.R.C.P. RULE 41(a)(1); AND [PROPOSED] ORDER** |
| v. | |
| MAXIMUS, INC., a California Corporation, and DOES 1 through 50, inclusive, | |
| Defendants. | |

WHEREAS Plaintiff SAMBATH PROEUNG and Defendant MAXIMUS, INC. agree that all claims in the above-captioned proceeding have been fully settled and compromised;

IT IS HEREBY STIPULATED by and between the parties to this action, through their undersigned counsel, that the above-captioned action be and hereby is ***dismissed with prejudice*** as to Defendant MAXIMUS, INC. pursuant to F.R.C.P. 41(a)(1);

1  IT IS FURTHER STIPULATED by and between the parties that each party shall bear its
2  own attorneys' fee and costs of suit.

3  IT IS FURTHER STIPULATED by and between the parties that the parties mutually
4  and fully release and forever discharge each other and their agents from any and all actions,
5  suits, demands, debts, expenses, accounts, reckonings, obligations, costs, rights, agreements,
6  promises, liabilities, liens, damages, or causes of action that may stem from any of the facts or
7  causes of actions alleged in this lawsuit including, but not limited to, any and all claims known
8  or unknown, including any common law claims, debts, liabilities, demands, damages, charges,
9  promises, acts, agreements, claims for negligence, costs and expenses (including any claim for
10 attorneys' fees), actions and causes of action, or any claim for violation of civil rights or of any
11 other state or federal statute or constitution.  This release extends to the parties SAMBATH
12 PROEUNG and MAXIMUS, INC. in all capacities.

13 Date:   March 13, 2015          Respectfully Submitted,

14                                 FOOS GAVIN LAW FIRM, P.C.

16                                 By: ___/s/ David P. Foos_____
                                   David P. Foos (SBN: 083430)
17                                 Attorney for Plaintiff, SAMBATH PROEUNG

18 Date:   March 13, 2015          Respectfully Submitted,

19                                 GREENBURG TRAURIG, LLP

20                                 By:   /s/ Jeremy A. Meier_____
                                   Jeremy A. Meier (SBN: 139849)
21

22                                 By:   /s/ Jennifer M. Holly_____
                                   Jennifer M. Holly (SBN: 167533)
23
                                   Attorneys for Defendant, MAXIMUS, INC.

[~~PROPOSED~~] **ORDER**

In view of the parties' Stipulation, the Court orders the above-captioned action be dismissed with prejudice, in its entirety. Each party to this action shall bear its own attorneys' fees and costs of suit.

**IT IS SO ORDERED.**

Dated: March 16, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE